Mike Kraus, appellee, v. Massachusetts Bonding & Insurance Company, appellant. Gen. No. 29,627.

Action on accident policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed. Opinion filed April 13, 1925.

Edward R. Rawlins and Peter F. Schramm, for appellant.  No appearance for appellee.
Mr. Justice Matchett delivered the opinion of the court.